IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:92CR11 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FERRIS T. VALENTINE, | ) | |
| | ) | |
| Defendant. | ) | |

Regarding the defendant's motion to reduce his sentence because of the retroactive reductions of the crack Guidelines, the probation officer has prepared a retroactive sentencing worksheet which advises me that the defendant is not eligible for a reduction. In addition, the probation officer advises me in the retroactive sentencing worksheet that the defendant's adjustment in prison has not been good. Under these twin circumstances, I will deny the motion unless counsel convince me otherwise. Therefore,

IT IS ORDERED that the parties shall show cause why I should not deny defendant's motion (filing 466). Said cause must be shown by April 28, 2008.

April 18, 2008.                            BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge