IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:92CR11 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FERRIS T. VALENTINE, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion for extension of time (filing 470) is granted.  The parties shall show cause why I should not deny the defendant's motion (filing 466) by May 28, 2008.

April 28, 2008.                                                    BY THE COURT:

                                                                                      s/ *Richard G. Kopf*
                                                                                   United States District Judge