IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:92CR11 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FERRIS T. VALENTINE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's unopposed motion for extension of time (filing 472) is granted.

(2)   Counsel of record shall have until close of business on June 12, 2008, to comply with the undersigned's order dated April 28, 2008 (filing 471).

May 29, 2008.            BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge