IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:92CR11-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FERRIS T. VALENTINE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's second unopposed motion for extension of time (filing 474) is granted..

(2)   Counsel of record shall have until close of business on June 26, 2008, to comply with the undersigned's order dated April 28, 2008 (filing 471).

June 12, 2008.                        BY THE COURT:


                                      s/ *Richard G. Kopf*
                                      United States District Judge