IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:92CR11 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FERRIS T. VALENTINE, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion for revocation of supervised release (filing 498) and motion for leave to proceed in forma pauperis (filing 499) are denied.

    Dated May 16, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge
