IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SCOTT BUSH<br>a/k/a FARRIS T. VALENTINE,<br><br>        Defendant. | **4:11CR3035**<br>**AND 8:92CR11**<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1)     The defendant shall appear at his revocation hearing scheduled for July 17, 2013 at 12:00 p.m. (noon)

2)     The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

June 11, 2013.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge